THE HON. RICARDO S. MARTINEZ
TRIAL DATE: 12/04/2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC PLAZA LLC, a Washington Limited Liability Company,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LANDMARK AMERICAN INSURANCE COMPANY, a foreign insurer; IRONSHORE SPECIALTY INSURANCE COMPANY, a foreign insurer; STEADFAST INSURANCE COMPANY, a foreign insurer; FALLS LAKE FIRE AND CASUALTY COMPANY, a foreign insurer; COMMERCIAL INDUSTRIAL BUILDING OWNERS ALLIANCE, INC., a foreign corporation; and CLAIMS ADJUSTING GROUP, INC., a foreign corporation,<br><br>　　　　　　　　　　　Defendants. | No. 2:22-cv-01433-RSM<br><br>STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND AMEND CASE SCHEDULE<br><br>NOTE FOR: 4/17/2023 |

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL AND AMEND CASE
SCHEDULE (Cause No. 2:22-cv-01433-RSM) – 1
SLE1379.999/4411003X



WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## I.      STIPULATED MOTION

The parties through their undersigned counsel of record, hereby stipulate and jointly request that the Court continue the trial date and amend the case schedule (Dkt 16) pursuant to Fed. R. Civ. P. Rule 6 and LCR 10(g).

Good Cause exists for a continuance. In an effort to minimize expense and court resources, the parties have agreed to mediate this matter and agreed to stay discovery until 30 days following mediation.  The parties have agreed to mediate with Judge John Erlick with Judicial Dispute Resolution. Unfortunately, as of March 2, 2023, Judge Erlick's earliest availability for mediation, was mid-July of 2023.  The parties agreed to a mediation date of July 13, 2023.  However, this date falls after the deadline for disclosing experts, and for filing motions related to discovery, and the deadline for discovery completion is less than 30 days after mediation.  Because expert disclosures and discovery may need to be completed prior to dispositive motion practice, the dispositive motion deadline will also need to be continued. Finally, because the Court will need time to consider dispositive motions prior to trial, the trial date should also be continued.  An amendment to the case schedule and continuance of the trial date will allow for the potential resolution of all claims through mediation, or if unsuccessful, a complete and orderly development of the case.  For these reasons, the parties respectfully move the Court to amend the case schedule and extend the trial date in this matter as follows:

| Event | Current Date | Proposed Date |
|-------|--------------|---------------|
| Jury Trial Date | 12/04/2023 | 3/04/2024 |
| Disclosure of Expert Testimony | 06/07/2023 | 09/07/2023 |
| Deadline for Filing Motions Related to Discovery | 07/07/2023 | 10/09/2023 |

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL AND AMEND CASE
SCHEDULE (Cause No. 2:22-cv-01433-RSM) – 2
SLE1379.999/4411003X

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

| Event | Current Date | Proposed Date |
|---|---|---|
| Discovery Completed by | 08/07/2023 | 11/06/2023 |
| Dispositive Motions to be filed by | 09/05/2023 | 12/05/2023 |
| Mediation | | same |
| Agreed pretrial order due | 11/22/23 | 02/22/2024 |
| Motions in limine filed and noted on motion calendar no later than THIRD Friday Thereafter | 11/22/23 | 02/22/2024 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | 10/20/2023 | 01/22/2024 |

DATED this 17th day of April, 2023.

_s/ Sarah L. Eversole_
Sarah L. Eversole, WSBA No. 36335
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA  98104-3629
P: 206-623-4100 | F 206-623-9273
eversole@wscd.com
Of Attorneys for Defendants


_s/ Ryan Bisel_ (per electronic authorization)
Thomas Lether, WSBA #18089
Ryan Bisel, WSBA #58634
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 |  F: 206-467-5544
tlether@letherlaw.com
Attorneys for Plaintiff

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL AND AMEND CASE
SCHEDULE (Cause No. 2:22-cv-01433-RSM) – 3
SLE1379.999/4411003X



WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## II.   ORDER

The Court having reviewed the above Stipulated Motion, it is hereby ORDERED that the following deadlines are extended as follows:

| Event | New Date |
|---|---|
| Jury Trial Date | 3/04/2024 |
| Disclosure of Expert Testimony | 09/07/2023 |
| Deadline for Filing Motions Related to Discovery | 10/09/2023 |
| Discovery Completed by | 11/06/2023 |
| Dispositive Motions to be filed by | 12/05/2023 |
| Mediation | same |
| Agreed pretrial order due | 02/22/2024 |
| Motions in limine filed and noted on motion calendar no later than THIRD Friday Thereafter | 02/22/2024 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | 01/22/2024 |

DATED this 19th day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1

2

## CERTIFICATE OF ELECTRONIC SERVICE

3       I hereby certify that on the date set forth below, I electronically filed the foregoing
with the Clerk of the Court using the CM/ECF system, which will send notification of such
filing to those attorneys of record registered on the CM/ECF system. All other parties (if any)
shall be served in accordance with the Federal Rules of Civil Procedure.

4

5

6  **Attorney for Plaintiff**
Thomas Lether

7  Ryan Bisel
Lether & Associates, PLLC

8  1848 Westlake Ave. N., Suite 100
Seattle, WA 98109

9  tlether@letherlaw.com; rbisel@letherlaw.com

10

11       **SIGNED** this 17th day of April, 2023, at Seattle, Washington.

12

13                              *s/ Traci Jay*
                              Traci Jay

14

15

16

17

18

19

20

21

22

23

24

25

26



WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273