UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC PLAZA LLC, a Washington Limited Liability Company, | No. 2:22-cv-01433-RSM |
| Plaintiff, | STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL |
| vs. | |
| | NOTE FOR: 11/22/2023 |
| LANDMARK AMERICAN INSURANCE COMPANY, a foreign insurer; IRONSHORE SPECIALTY INSURANCE COMPANY, a foreign insurer; STEADFAST INSURANCE COMPANY, a foreign insurer; FALLS LAKE FIRE AND CASUALTY COMPANY, a foreign insurer; COMMERCIAL INDUSTRIAL BUILDING OWNERS ALLIANCE, INC., a foreign corporation; and CLAIMS ADJUSTING GROUP, INC., a foreign corporation, | |
| Defendants. | |

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL (Cause No. 2:22-cv-01433-RSM) – 1
SLE1379.999/4540739X



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## STIPULATED MOTION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs, with each party to bear their own attorneys fees and other litigation expenses.

DATED this 21 day of November, 2023.

*s/ Sarah L. Eversole*
Sarah L. Eversole, WSBA #36335
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104-3629
P: 206-623-4100 | F 206-623-9273
eversole@wscd.com
Of Attorneys for Defendants

Thomas Lether, WSBA #18089
Ryan Bisel, WSBA #58634
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 | F: 206-467-5544
tlether@letherlaw.com | rbisel@letherlaw.com
Attorneys for Plaintiff

## ORDER OF DISMISSAL

Based on the above stipulated motion, IT IS SO ORDERED.

DATED this 27th day of November, 2023.

Tiffany M. Cartwright
United States District Court Judge

STIPULATED MOTION AND (PROPOSED) ORDER OF DISMISSAL (Cause No. 2:22-cv-01433-RSM) – 2
SLE1379.999/4540739X

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Case 2:22-cv-01433-TMC    Document 25    Filed 11/27/23    Page 3 of 3

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

**Attorney for Plaintiff**
Thomas Lether
Ryan Bisel
Lether & Associates, PLLC
1848 Westlake Ave. N., Suite 100
Seattle, WA 98109
tlether@letherlaw.com
rbisel@letherlaw.com

**SIGNED** this 22 day of November, 2023, at Seattle, Washington.

_s/ Traci Jay_
Traci Jay

STIPULATED MOTION AND (PROPOSED) ORDER OF DISMISSAL (Cause No. 2:22-cv-01433-RSM) – 3
SLE1379.999/4540739X



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273